IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LM GENERAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> SHARON LEBRUN AND ED LEBRUN et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 19-2144 |

# ORDER

**AND NOW**, this 14th day of November 2019, upon consideration of Plaintiff LM General Insurance Company's Motion to Dismiss for Failure to State a Claim (Doc. No. 12), Defendants Sharon and Ed Lebrun's Motion for Leave to File Amended Answer with Class Action Counterclaim (Doc. No. 16), the Responses and Replies (Doc. Nos. 15, 20, 22, 24), and the statements of counsel and the Court during the hearing held on November 13, 2019, it is **ORDERED** that Defendants shall file a Supplemental Memorandum (Doc. No. 16) on or before **November 29, 2019**, and Plaintiff shall file a Response **seven days** thereafter addressing the recent decision of this Court, Lambert v. State Farm Mutual Automobile Insurance Company, No. 19-0816 (October 16, 2019).  A Reply may also be filed by Defendants within **seven days** of receiving the Response.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.