# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LM GENERAL INSURANCE CO. | : **Case No. 2:19-CV-02144-KSM** |
| Plaintiff, | : |
| v. | : |
| SHARON LEBRUN AND ED LEBRUN | : |
| Defendants. | : |

## LM GENERAL INSURANCE COMPANY'S
## THIRD NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF ITS MOTION TO DISMISS THE LEBRUNS' COUNTERCLAIMS

LM General Insurance Company respectfully provides notice, for the Court's consideration in connection with LM's pending motion to dismiss, of the Western District of Pennsylvania's recent decision in *Dunleavy v. Mid-Century Ins. Co.*, No. 2:19-CV-1304, 2020 WL 2536816, at *3 (W.D. Pa. May 19, 2020), in which the Court discussed the narrow scope of *Gallagher v. GEICO*, 201 A.3d 131 (Pa. 2019).  *See id.* at *3 (explaining that the *Gallagher* "court's decision was narrow" and held only that insurance companies cannot "us[e] the household vehicle exclusion as an end-run around the requirement of a signed form to waive stacked coverage").

Respectfully Submitted,

Dated: May 21, 2020

/s/Frederick P. Marczyk
Timothy J. O'Driscoll
PA Attorney No. 82572
Frederick P. Marczyk
PA Attorney No. 89878
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
E-mail:  timothy.odriscoll@faegredrinker.com
              frederick.marczyk@faegredrinker.com

1