IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LM GENERAL INSURANCE CO.**, <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> **SHARON LEBRUN and ED LEBRUN**, <br><br> Defendants-Counterclaim Plaintiffs. | CIVIL ACTION <br><br> NO. 19-2144-KSM |

## ORDER

**AND NOW**, this 21st day of July, 2020, having considered the parties' stipulation to extend the deadline for LM General to respond to the LeBruns' counterclaims, which is attached to this Order, it is **ORDERED** that LM General shall file an answer by **August 14, 2020**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LM GENERAL INSURANCE CO. | : | **Case No. 2:19-CV-02144--KSM** |
| | : | |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| SHARON LEBRUN AND ED LEBRUN | : | |
| | : | |
| Defendants/Counterclaim Plaintiffs. | : | |

**STIPULATION FOR EXTENSION OF TIME AND PAGE LIMIT**

Pursuant to Local Civil Rule 7.4(b)(2), the undersigned counsel for Plaintiff/Counterclaim Defendants LM General Insurance Company ("LM") and counsel for Defendants/Counterclaim Plaintiffs stipulate that LM's time to answer Defendants/Counterclaim Plaintiffs' counterclaims shall be extended until August 14, 2020.  LM has not previously requested or received an extension of time to respond to the counterclaims.

Respectfully Submitted,

Dated: July 20, 2020

/s/Frederick P. Marczyk
Timothy J. O'Driscoll
PA Attorney No. 82572
Frederick P. Marczyk
PA Attorney No. 89878
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
E-mail:  timothy.odriscoll@faegredrinker.com
            frederick.marczyk@faegredrinker.com

*Attorneys for Plaintiff/Counterclaim Defendant*

1

/s/ James C. Haggerty
James C. Haggerty
PA Attorney No. 30003
HAGGERTY, GOLDBERG,
SCHLEIFER & KUPERSMITH, P.C.
1835 Market Street, Suite 2700
Philadelphia, PA  19103
Telephone: (267) 350-6609
E-mail:  jhaggerty@hgsklawyers.com

*Attorney for Defendants/Counterclaim Plaintiffs*