# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LM GENERAL INSURANCE CO.**, <br><br> Plaintiff-Counterclaim Defendant, <br><br> *v.* <br><br> **SHARON LEBRUN and ED LEBRUN,** <br><br> Defendants-Counterclaim Plaintiffs. | **CIVIL ACTION** <br><br> **NO. 19-2144-KSM** |

## ORDER

**AND NOW**, this 23rd day of December, 2020, upon consideration of Defendants-Counterclaim Plaintiffs Sharon and Ed LeBruns' Motion for Reconsideration (Doc. No. 41) and Plaintiff-Counterclaim Defendant LM General Insurance Company's response brief (Doc. No. 45), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the LeBruns' motion (Doc. No. 41) is **DENIED**.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.